IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN AHNER, | ) |
| Plaintiff, | ) CIVIL DIVISION |
| | ) |
| | ) Civil Action No. 06-1523 |
| v. | ) |
| | ) Judge Gary L. Lancaster |
| BLACK BROTHERS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF THE COURT**

AND NOW, this 4th day of April, 2008, upon consideration of Defendant Black Brothers Company, Inc.'s Motion To Bifurcate The Trial On Issues Of Liability And Damages, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is ~~GRANTED.~~ Denied

By the Court,

*/s/ Gary L. Lancaster*
Honorable Gary L. Lancaster

Q:\CLIENT\016609\0048\B1296939.0