IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN AHNER ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1523 |
| ) | |
| BLACK BROTHERS COMPANY, INC. ) | |
|     Defendant. ) | |

ORDER

AND NOW, this 4 day of April, 2008, upon consideration of Defendant's Motion in Limine to Exclude Photographs Showing Plaintiff's Injury, the motion [Doc. No. 63] is DENIED. The court will review the photographs and determine their admissibility on an individual basis.

BY THE COURT,

_____, J.

cc: All Counsel of Record