IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN AHNER | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 06-1523 |
| | ) | |
| BLACK BROTHERS COMPANY, INC. | ) | Judge Gary L. Lancaster |
| | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, to wit, this 4th day of April, 2008, it is hereby,

ORDERED, ADJUDGED, and DECREED that Defendant shall pay the sum of $5,448.22 to Dr. Kenneth Knott representing payment for Defendant's taking Dr. Knott's deposition on October 2, 2007.

BY THE COURT:

_____
Honorable Gary L. Lancaster