IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CAROLYN AHNER )
    Plaintiff, )
     )
v. ) Civil Action No. 06-1523
     )
BLACK BROTHERS COMPANY, INC. )
    Defendant. )

## ORDER

AND NOW, this 17th day of April, 2008, upon consideration of Defendant's Motion in Limine to Exclude Accident Scene Reconstruction Photographs, the motion [Doc. No. 65] is DENIED. The court will review the photographs and determine their admissibility on an individual basis.

BY THE COURT:

*[signature]*

cc: All Counsel of Record