IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN AHNER | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 06-1523 |
| | ) | |
| | ) | |
| | ) | |
| BLACK BROTHERS COMPANY, INC. | ) | Judge Gary L. Lancaster |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, to wit, this /8th day of June , 2008, it is hereby,

ORDERED, ADJUDGED, and DECREED that this matter has been settled by agreement of the parties and dismissed with prejudice with no payment of costs or attorneys fees by either side.

BY THE COURT:

_____
Honorable Gary L. Lancaster